**\*E-Filed 04/23/2010\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TERESA BLOOMQUIST, | **No. C  09-01737 RS** |
| Plaintiff, | **JUDGMENT** |
| v. | |
| WALGREENS CO., | |
| Defendant. | |
| _____/ | |

Based on the order issued herewith, granting defendant's motion for summary judgment, the Court enters judgment in favor of defendant and against plaintiff in the above-entitled action.

IT IS SO ORDERED.

Dated: 04/23/2010

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

United States District Court
For the Northern District of California

1